UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX MARTINEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CUSTOMS AND BORDER )<br>PROTECTION, )<br>)<br>Defendant. )<br>) | Civil Action No. 20-2726 (APM) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(1) and Rule 12(b)(6), Defendant, U.S. Customs and Border Protection ("CBP"), respectfully moves to dismiss the complaint filed by Plaintiff Alex Martinez ("Plaintiff") for lack of subject matter jurisdiction because Plaintiff cannot establish a waiver of sovereign immunity and Plaintiff fails to state a tort claim upon which relief may be granted due to his failure to plausibly allege a cause of action.

Dated: April 5, 2021
       Washington, DC

                        Respectfully submitted,

                        CHANNING D. PHILLIPS, D.C. Bar #415793
                        Acting United States Attorney

                        BRIAN P. HUDAK
                        Acting Chief, Civil Division

                        By:      /s/ *Michael A. Tilghman II*
                        MICHAEL A. TILGHMAN II
                        D.C. Bar #988441
                        Assistant United States Attorney
                        555 Fourth Street, NW
                        Washington, DC 20530
                        (202) 252-7113
                        Michael.Tilghman@usdoj.gov

                        *Attorneys for the United States of America*

### CERTIFICATE OF SERVICE

I hereby certify that on 6th day of April 2021, I will cause a true and correct copy of the foregoing and all the accompanying documents to be sent by First Class Mail, postage paid, to:

        Alex Martinez
        P.O. Box 30054
        181 Bay Street
        Toronto, Ontario
        Canada

                        */s/ Michael A. Tilghman II*
                        Michael A. Tilghman II
                        Assistant United States Attorney
                        U.S. Attorney's Office for the District of Columbia