UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX MARTINEZ,<br><br>   Plaintiff,<br><br> v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-2726 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

   Pursuant to Federal Rule of Civil Procedure 56, Defendant, U.S. Customs and Border Protection ("CBP"), respectfully moves for summary judgment on the complaint filed by Plaintiff Alex Martinez ("Plaintiff"). As set forth in the accompanying memorandum of points and authorities, CBP is entitled to summary judgment on Plaintiff's sole remaining claim asserted under the Administrative Procedure Act, 5 U.S.C. § 551, *et seq.*, because CBP reasonably denied Plaintiff's requests for participation in its NEXUS program for Plaintiff's failure to satisfy CBP of his low risk to national and border security. A proposed order is attached.

Dated: January 14, 2022
Washington, DC

>Respectfully submitted,
>
>MATTHEW M. GRAVES, D.C. Bar #481052
>United States Attorney
>
>BRIAN P. HUDAK
>Acting Chief, Civil Division
>
>By:       /s/ *Michael A. Tilghman II*
>       MICHAEL A. TILGHMAN II
>       D.C. Bar #988441
>       Assistant United States Attorney
>       555 Fourth Street, NW
>       Washington, DC 20530
>       (202) 252-7113
>
>*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January 2022, I will cause a true and correct copy of the foregoing and all the accompanying documents to be sent by email and on the 18th day of January 2022 will cause a true and correct copy of the foregoing and all the accompanying documents to be sent by First-Class Mail, postage paid, to:

>Alex Martinez
>P.O. Box 30054
>181 Bay Street
>Toronto, Ontario
>Canada
>case_am_072015@aol.com
>
>*/s/ Michael A. Tilghman II*
>Michael A. Tilghman II
>Assistant United States Attorney
>U.S. Attorney's Office for the District of Columbia