UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ALEX MARTINEZ,                                        )
                                                      )
                    Plaintiff,                        )
                                                      )
            v.                                        )        Civil Action No. 20-2726 (APM)
                                                      )
U.S. CUSTOMS AND BORDER                               )
PROTECTION,                                           )
                                                      )
                    Defendant.                        )
_____              )

## JOINT APPENDIX

**DOCUMENT**                                                                  **PAGE**

1.    Biographic Page from the Global Enrollment System (GES) for Alex
      Martinez................................................................................USCBP000001-USCBP000005

2.    Summary of Comments in the GES regarding NEXUS applications filed with CBP by
      Alex Martinez………………………………………………………………..USCBP000006

3.    Initial NEXUS Application filed with CBP by Alex Martinez on February 13,
      2019…………………………………………………………………...USCBP000007-USCBP000010

4.    Risk Assessment Worksheet (RAW) Related to Alex Martinez's NEXUS Application filed
      with CBP on February 13, 2019……………………...........USCBP000011-USCBP000013

5.    Summary of Border Encounter History for Alex Martinez …………….…...USCBP000014

6.    Trusted Traveler Programs Briefing, signed by Alex Martinez during November 12, 2019
      Interview…..……….…………………………………………………..…USCBP000015

7.    Letter from Alex Martinez addressed to CBP dated November 11, 2019, submitted in
      support of his NEXUS application during November 12, 2019 interview….USCBP000016

8.    Enclosures to letter from Alex Martinez addressed to CBP dated November 11, 2019 that
      were submitted to CBP during his November 12, 2019
      interview…………………………………………………...USCBP000017-USCBP000022

9.    Letter from Alex Martinez addressed to CBP dated November 13, 2019, regarding
      additional information requested by CBP……...…………..USCBP000023-USCBP000024

1

10. Letter from Alex Martinez to the Victims Fund Manager of Canada's Department of Justice dated October 22, 2019, submitted to CBP in support of his NEXUS application……………………………………………….USCBP000025-USCBP000027

11. Request for reconsideration submitted by Alex Martinez to CBP's Ombudsman via the Trusted Traveler Program Website, dated November 15, 2019, and Ombudsman comments in the GES………..………………………………………...USCBP000028-USCBP000030

12. Letter from the CBP Ombudsman dated December 11, 2019, sustaining denial of Alex Martinez's membership in NEXUS……………………………………...…USCBP000031

13. NEXUS Application (Reapplication) filed with CBP by Alex Martinez on December 14, 2019…………………………………………………...USCBP000032-USCBP000035

14. RAW Related to Alex Martinez's NEXUS Application filed with CBP on December 14, 2019……………………………………………….………..USCBP000036-USCBP000039

15. Letter communicating denial of NEXUS membership to Alex Martinez dated September 16, 2020……………………………………………………….USCBP000040-USCBP000041

16. Request for reconsideration submitted by Alex Martinez to CBP's Ombudsman via the Trusted Traveler Program Website, dated September 17, 2020, including attachments and Ombudsman comments in the GES…………………………………….………...……...USCBP000042-USCBP000060

17. Letter from the CBP Ombudsman dated September 20, 2020, sustaining denial of Alex Martinez's membership in NEXUS………………………………..…………USCBP00061

Document 1



## GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Create | Reports | Administration

Text Only

Summary

H lp

Logout

**Traveler Menu**

Summary

Request List

Security Queries

AIS Program Status

Interdictions

**PASSID** ███  **Name:** MARTINEZ, ALEX ILICH  **DOB:** ███

Review Biographic comments

| Show All | Biographic | Other ID | Address | Employment | Document |
| Conveyance | Request | RFID | Travel History | APEC | Comment | Attachment |
| CTTP Card | Parents Info | RAW |

**Biographic**                                                    Biographic Detail



Image Capture

| | |
|---|---|
| **PASSID:** | |
| **GOES User ID:**  | **GEC Number:** ███ |
| | |
| **First Name:** ALEX | **Birth Date:** ███ |
| **Middle Name:** ILICH | **Gender:** Male |
| **Last Name:** MARTINEZ | **Height:** 5 ft. 11 in. |
| **Maternal Name:** | **Eye Color:** Hazel |
| **Other Last Names:** | **Hair Color:** |
| **Other First Names:** | |

| | |
|---|---|
| **Birth Country:** | **Fingerprint Capture Date:** 12 Nov 2019 |
| **Birth City:**  | **Canada Iris Capture Date:** 12 Nov 2019 |
| **Birth State/Province** | **Canada Iris Not Captured Date:** |
| | |
| **Primary Citizenship:** CANADA | **APEC Eligible:** |
| **Other Citizenship:** | **TSA Hazmat:** NO |
| | |
| **Primary Residence:** CANADA | **E-mail Address:** ███ |
| **Residency Status:** | **Language Preference:** English |

---

**Other ID**

GOES USER ID: ███

GEC NUMBER: ███

FAST NORTH ID:

FAST SOUTH ID:

FLUX ID:

MEXICO PVC MEMBERSHIP NO.:

MEXICO CURP NO.:

MEXICO RFC NUMBER - OWN:

MEXICO RFC NUMBER - OTHER:

GERMANY ABG MEMBERSHIP NO.:

QATAR NATIONAL ID:

SAUDI ARABIA NATIONAL ID:

UK ACCESS CODE:

COLOMBIA NATIONAL ID:

SINGAPORE NATIONAL REGISTRATION ID:

ISRAEL IDENTITY NO.:

ARGENTINA NATIONAL ID:

TAIWAN NATIONAL ID:

**NETHERLAND NATIONAL NUMBER:**

**BRAZIL CPF NUMBER:**

## Address                                              Address List

**Mailing address**
**Name:**
**Effective Date:**         Feb 2018 - Present
**Street:**                 P.O. Box 30054 Brookfield P.O., 181 Bay Street
**City:**                   Toronto            **State/Province:**    ONTARIO
**Country:**                CANADA             **Postal Code:**       M5J0A5
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:**
**Street:**
**City:**
**Country:**
**Colonia/Neighborhood**
**Home Phone Number:**

## Employment                                           Employment List

**Employment Status:**     Self Employed      **Occupation:**      CONSULTANT
**Name:**                  SELF
**Date:**                  May 2012 - Present
**Street:**                P.O. Box 30054 Brookfield P.O., 181 Bay Street
**City:**                  Toronto            **State/Province:**    ONTARIO
**Country:**               CANADA             **Postal Code:**       M5J0A5
**Colonia/Neighborhood:**
**Phone Number:**          (N)
**Employment**
**Description:**

## Document                                             Document List

**Type:**                  Driver's License    **Document**
                                               **Number:**
**Issue Date:**            13 Mar 2017         **Expiration Date:**   16 Jan 2021
**First Name:**            ALEX                **Birth Date:**
**Middle Name:**
**Last Name:**             MARTINEZ
**Maternal Name:**
**Issue Country:**         CANADA
**City Name:**                                 **State/Province:**    QUEBEC
**Province Name:**                             **Visa Class Code:**
**Alien Number:**                              **Petition Date:**
**AIS Programs:**                              **Registry Group:**
**Proof of**               NO                  **Proof of**           NO
**Admissibility:**                             **Citizenship:**
**Proof of**               NO                  **Proof Country:**
**Residency:**
**Document Name:**
**Enhanced Drivers**      NO                  **Commercial**         NO
**License:**                                   **Drivers License:**
**Hazmat:**                NO                  **MRZ Certification:** NO

**Type:**                  Citizenship Certificate    **Document**
                                                       **Number:**
**Issue Date:**            01 Jan 1980                 **Expiration Date:**
**First Name:**            ALEX                        **Birth Date:**
**Middle Name:**           ILICH
**Last Name:**             MARTINEZ

| | | | | |
|---|---|---|---|---|
| **Maternal Name:** | | | | |
| **Issue Country:** | CANADA | | | |
| **City Name:** | | **State/Province:** | | |
| **Province Name:** | | **Visa Class Code:** | | |
| **Alien Number:** | | **Petition Date:** | | |
| **AIS Programs:** | | **Registry Group:** | | |
| **Proof of Admissibility:** | YES | **Proof of Citizenship:** | YES | |
| **Proof of Residency:** | NO | **Proof Country:** | CANADA | |
| **Document Name:** | | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO | |
| **Hazmat:** | NO | **MRZ Certification:** | NO | |

## Conveyance                                                      Conveyance List

## Request                                                            Request List

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Reapplication |
| **Request Date:** | 20 Oct 2020 | **Request Source:** | GOES ▬ |
| **Request Reason:** | | **Request Status:** | Pending Risk Assessment Review |
| **Enrollment POE:** | NTC-P TTV | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Reapplication |
| **Request Date:** | 14 Dec 2019 | **Request Source:** | GOES ▬ |
| **Request Reason:** | | **Request Status:** | Denied |
| **Enrollment POE:** | NTC-P TTV | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Initial Enrollment |
| **Request Date:** | 13 Feb 2019 | **Request Source:** | GEC ▬ |
| **Request Reason:** | | **Request Status:** | Denied |
| **Enrollment POE:** | BUFFALO ENROLLMENT CENTER | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

## RFID                                                                    RFID List

## Travel History                                                   Travel History

## APEC Card

## Comment

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| LEP | 2020-12-30 | Biographic | LEP ▬ |



| | | | |
|---|---|---|---|
| LEP | 2020-09-20 | Biographic | Supervisory Ombudsman: No change from previous Ombudsman review. Sustained denial LEP |
| LEP | 2019-12-11 | Biographic | OMBUDSMAN REVIEW: Denial sustained as ___ Applicant cannot be designated as a "trusted" traveler |
| LEP | 2019-11-15 | Biographic | LEP ___ LEP In addition he attempted to give CBP a USB drive that had "material evidence" on it against CBSA and the RCMP, the officer refused to accept the drive. He submitted additional letters, attached, which shows he is trying to uncover corruption. LEP |
| LEP | 2019-11-15 | Biographic | ___ Applicant will benefit from a full primary inspection. Letters provided by the applicant suggest LEP ___ His letters state that what we are asking for is "excessive". Application denied. |
| LEP | 2019-11-12 | Biographic | Applicant has been unemployed since 2012, claims to be working for free to uncover cross border corruption, claims this case is worth 2 billion dollars. Subject claims he does not take any medication LEP ___ Claimed he needed a nexus card because he wants to collect his 2 billion dollars. LEP |

## Attachment

| USER ID | ATTACHMENTS | FILE TYPE | ATTACHMENT TYPE | DESCRIPTION | DATE |
|---|---|---|---|---|---|
| LEP | United States Border Security Additional Documents Requested.pdf | application/pdf | Request | | 2019-11-15 |
| LEP | T-1781-19 Federal Court Served Filed Copy Alex Martinez v RCMP CBSA.pdf | application/pdf | Request | | 2019-11-15 |
| LEP | MARTINEZ BRIEFING.pdf | application/pdf | Request | | 2019-11-12 |
| LEP | United States Border Security Affidavit and Documents.pdf | application/pdf | Request | | 2019-11-15 |
| LEP | Fax Complete Victims Benefits Fund (002).pdf | application/pdf | Request | | 2019-11-15 |

## CTTP Card

## Parent Information

**Father First Name:**
**Father Last Name:**

**Mother First Name:**
**Mother Last Name:**

**RAW**                                                                                    <u>RAW List</u>

| **AIS Program:** | NEXUS | **Request Type:** | Reapplication |
|---|---|---|---|
| **RAW Id:** | LEP | **Application Sequence ID:** | LEP |

| **AIS Program:** | NEXUS | **Request Type:** | Initial Enrollment |
|---|---|---|---|
| **RAW Id:** | LEP | **Application Sequence ID:** | LEP |

LEP                                                                                    3/31/2021

Document 2

Homeland Security

Welcome | Search | Create | Reports | Administration

Text Only

Summary

Help  Logout



PASSID: ▮  Name: MARTINEZ, ALEX ILICH  DOB: ▮

**Review Biographic comments**

| Show All | Biographic | Other ID | Address | Employment | Document | Conveyance | Request | RFID | Travel History | APEC | Comment | Attachment | CTTP Card |
| Parents Info | RAW |

**Comment**



| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| LEP | 2020-12-30 | Biographic | LEP |
| LEP | 2020-09-20 | Biographic | Supervisory Ombudsman. No change from previous Ombudsman review. Sustained denial revocation. LEP |
| LEP | 2019-12-11 | Biographic | OMBUDSMAN REVIEW. Denial sustained LEP |
| LEP | 2019-11-15 | Biographic | LEP ...in addition he attempted to give CBP a USB drive that had "material evidence" on it against CBSA and the RCMP. the officer refused to accept the drive. He submitted additional letters, attached, which shows he is trying to uncover corruption. LEP Applicant will benefit from a full primary inspection. |
| LEP | 2019-11-15 | Biographic | LEP His letters state that what we are asking for is "excessive". Application denied. |
| LEP | 2019-11-12 | Biographic | Applicant has been unemployed since 2012, claims to be working for free to uncover cross border corruption, claims this case is worth 2 billion dollars. Subject claims he does not take any medication LEP Claimed he needed a nexus card because he wants to collect his 2 billion dollars. LEP |

Document 3



## GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Create | Reports | Administration**
**Text Only**

Create > GES Application

Logout

## Application Description

**Back to Request page**

| | | | |
|---|---|---|---|
| **Application ID:** | ███████ | **AIS Program:** | NEXUS |
| **Request Type:** | Initial Enrollment | **Reason:** | |
| **Enrollment POE:** | NTC-P TTV | **Application Origin:** | GEC |

**Biographic**

| | | | |
|---|---|---|---|
| **PASSID:** | | **GEC Number:** | ███████ |
| **First Name:** | ALEX | | |
| **Middle Name:** | ILICH | | |
| **Last Name:** | MARTINEZ | **Birth Date:** | ███████ |
| **Maternal Name:** | | **Gender:** | Male |
| **Other Last Names:** | | **Height:** | 0 ft. 0 in. |
| **Nick Names:** | | **Eye Color:** | |
| **Birth Country:** | ████ | **Hair Color:** | |
| **Birth State/Province:** | | **Language Preference:** | English |
| **Birth City:** | ████████ | **Employment Status:** | Self Employed |
| **Primary Citizenship:** | CANADA | **Occupation:** | CONSULTANT |
| **Other Citizenship:** | | **Unemployment Date:** | |
| **Residence:** | | | |
| **Primary Residence:** | | **Permanent Residence:** | CANADA |
| **E-mail Address:** | ████████ | | |
| **Scars:** | | | |

**Address**

**ResidentialAddress**
**Effective Date:**

**Street:**
**City:**
**Country:**
**Colonia/Neighborhoo**

**ResidentialAddress**
**Effective Date:**

**Street:**
**City:**
**Country:**
**Colonia/Neighborhoo**

**ResidentialAddress**
**Effective Date:**
**Street:**
**City:**
**Country:**
**Colonia/Neighborhood:**
**Home Phone Number:**   (N)

**Employment**

| | | | |
|---|---|---|---|
| **Employment Status:** | Self Employed | **Occupation:** | CONSULTANT |
| **Name:** | SELF | | |
| **Effective Date:** | May 2012 - | | |
| **Street:** | UNKNOWN | | |
| **City:** | UNKNOWN | **State/Province:** | |
| **Country:** | CANADA | **Postal Code:** | |
| **Colonia/Neighborhood:** | | **Employment Description:** | |
| **Phone Number:** | | **Zone:** | |

**Document**

| **Type:** | Driver's License | **Document Number:** | |
|---|---|---|---|

**Issue Date:**                                          **Expiration Date:** 16 Jan 2021
**First Name:**        ALEX                     **Birth Date:**        ███████████
**Last Name:**         MARTINEZ
**Maternal Name:**
**Issue Country:**     CANADA                   **State/Province:**    QUEBEC
**Class of**
**Admission:**
**A Number:**                                   **Registry Group:**
**Proof of**                                    **Proof of**
**Admissibility:**                              **Citizenship:**
**Proof of**                                    **Proof Country:**
**Residency:**
**Enhanced**                                    **Commercial**
**Drivers**                                     **Drivers License:**
**License:**
**Hazardous**                                   **MRZ**
**Materials:**                                  **Certification:**

**Type:**              Citizenship              **Document**            ███████████
                       Certificate              **Number:**
**Issue Date:**                                 **Expiration Date:**
**First Name:**        ALEX                     **Birth Date:**         ███████████
**Last Name:**         MARTINEZ
**Maternal Name:**
**Issue Country:**     CANADA                   **State/Province:**
**Class of**
**Admission:**
**A Number:**                                   **Registry Group:**
**Proof of**                                    **Proof of**
**Admissibility:**                              **Citizenship:**
**Proof of**                                    **Proof Country:**
**Residency:**
**Enhanced**                                    **Commercial**
**Drivers**                                     **Drivers License:**
**License:**
**Hazardous**                                   **MRZ**
**Materials:**                                  **Certification:**
**Conveyance**

---

**Question/Answer**

Have you ever been convicted of an offense in any country for which you have not received a pardon?

Question Answer:     No

Remarks:

Country:

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?

Question Answer:No

Remarks:

Country:

Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity?

Question Answer:     No

Remarks:

Country:

Have you ever been found in violation of customs or immigration laws or other federal import laws?

Question Answer:     No

Remarks:

Country:

**Travel History**

Document 4

## GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Create | Reports | Administration**
**Text Only**





### Raw List

PASSID: ██████████  Name: MARTINEZ, ALEX  DOB: ██████ ██████
ILICH



**Traveler Menu**

   Summary

   Request List

   Request

   Security Queries

   AIS Program Status

   Interdictions

| RAW ID | AIS Program | Request Type | Application Id |
|--------|-------------|--------------|----------------|
| LEP | NEXUS | Reapplication | ██████████ |
| LEP | NEXUS | Initial Enrollment | ██████████ |

## Risk Assessment Worksheet

### Pass ID ██████████

**Program Type:** NEXUS | **Application ID:** ██████ | **Application Type:** Initial Enrollment

## Person Data

---

**First Name:** ALEX ILICH
**Last Name:** MARTINEZ
**DOB:** ██████████

**Gender:** M
**Citizenship:** CA
**Birth Country:** █

**Findings**

---

### *RISK ASSESSOR*

**Risk Assessor Comments (Internal):** LEP
LEP                                    LEP
**Officer Recommendation:** LEP
**Date Vetted:** 2019-02-18
**Vetting Officer:** LEP

**Supporting Information (Internal):**

**Denial Reasons/Comments (Sent to Applicant):**
**Name Variants, Query Results & Questions**

---

### *APPLICANT NAME VARIANTS QUERIED (x2)*

LEP
LEP
LEP

LEP



LEP        | 2019-02-14|
LEP          2019-02-14|
LEP| 2019-02-14| ALEX | MARTINEZ |
LEP 2019-02-14| ALEX ILICH | MARTINEZ |
LEP 2019-02-14| ALEX | MARTINEZ |
LEP 2019-02-14| ALEX ILICH | MARTINEZ |
LEP| 2019-02-14| ALEX | MARTINEZ
LEP| 2019-02-14| ALEX ILICH | MARTINEZ |



LEP [redacted] | 2019-02-14| ALEX | MARTINEZ [redacted]
LEP [redacted] | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX | MARTINEZ [redacted]
LEP [redacted] | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX | MARTINEZ | [redacted]
LEP | 2019-02-14| ALEX | MARTINEZ | [redacted]
LEP | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]
LEP [redacted] | 2019-02-14| ALEX | MARTINEZ | [redacted]
LEP | 2019-02-14| SELF
LEP | 2019-02-14 | [redacted]
LEP | 2019-02-14 [redacted]
LEP | 2019-02-14 | [redacted]
LEP [redacted] | 2019-02-14 [redacted]
[redacted] 2019-02-14 [redacted]
[redacted] 2019-02-14 [redacted], ,
[redacted] 2019-02-14 [redacted]
[redacted] 2019-02-14 [redacted]
[redacted] | 2019-02-14 [redacted]
LEP | 2019-02-14| ALEX | MARTINEZ [redacted]
LEP | 2019-02-14| ALEX ILICH | MARTINEZ | [redacted]

Document 5



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**Person Query - Encounter History Hit List**

03/25/2021 07:23 AM EDT          Generated By: LEP                    Page 1 of 1

**Query Criteria**

LEP

| Last Name | First Name | DOB | Encounter Date | Encounter Time | Carrier Code | Carrier # | I/O | Site | Inspector | Type | Status | Ref | Hit Ind |
|-----------|-----------|-----|----------------|----------------|--------------|-----------|-----|------|-----------|------|--------|-----|---------|
| MARTINEZ | ALEX | | 01/20/2008 | 14:18 | | | LEP | L337 | LEP | VEHICLE | | LEP | |
| MARTINEZ | ALEX | | 01/18/2008 | 12:37 | | | | L337 | | VEHICLE | | | |
| MARTINEZ | ALEX | | 07/26/2003 | 18:26 | | | | L34A | | VEHICLE | | | |
| MARTINEZ | ALEX | | 12/16/2000 | 07:53 | | | | A793 | | AIRLINE (NOT API) | | | |
| MARTINEZ | ALEX | | 07/20/1998 | 05:05 | UA | 972 | | 5206 | | APIS | | | |
| No Items selected.Total Number of Records: 5 | | | | | | | | | | | | | |

USCBP000014

Document 6



US ☐
CA ☐
For Office Use Only

PASS ID: ▮▮▮▮▮

**ALEX MARTINEZ**
Appt. Time: 13:30

Trusted Traveler Briefing

- To utilize a Trusted Traveler lane when entering the United States, every occupant in the vehicle must have a valid NEXUS, Global Entry or SENTRI card issued in his or her name.
- Trusted Traveler program members are still subject to inspection, which includes being asked questions and possibly a referral to the secondary processing area.
- Trusted Travelers must comply with officer's request(s) and/or the instructions printed on receipt from kiosk.
- Trusted Traveler members are required to declare **all** merchandise, including duty free merchandise, purchased or acquired outside the USA. Trusted Traveler members are responsible for a complete declaration, even if the CBP officer does not ask specifically during the primary inspection.
- All commercial goods, including commercial samples, are **NOT** permitted in the Trusted Traveler lanes. Laptops used for business purposes and business notes are permitted.
- You must declare if you have over $10,000 in negotiable monetary instruments (i.e. currency, personal checks (endorsed), traveler's checks, coins, securities or stocks in bearer form).
- All arrests (Federal/State/Local) must reported to the enrollment center.
- Members must keep their account information current (including documents, address, phone number, e-mail address, employment, and immigration status).
  *If unable to make changes online you must report to an enrollment center.*
- Restricted goods are not permitted in the Trusted Traveler lane. This includes but is not limited to: firearms, mace/pepper spray, endangered animals, birds, firewood, plants and some food items such as fruits, vegetables, seeds, meats and meat products.
- You are subject to penalties and criminal prosecution for program and/or law violations. In the event that you are approached to smuggle, call (800) BE ALERT (800) 232-5378 and contact the nearest Enrollment Center.
- You may use any vehicle, including rental, recreational and motorcycles in the NEXUS lanes. You must ensure your license plate is free from obstruction and license plate reader can clearly capture it. Check with individual ports for local restrictions due to lane configuration. (no restrictions within the Port of Buffalo)

I, **ALEX MARTINEZ,** acknowledge that I have read the rules and regulations of the Trusted Traveler program, and agree that I will abide by these rules and regulations or be subject to possible sanctions, including revocation of my Trusted Traveler membership, for any violations that I may commit.

Signature of applicant: _____    Date: November 12, 2019

Rev. 11/2017

USCBP000015

Document 7

November 11th, 2019

United States Customs and Border Protection
10 Central Avenue
Fort Erie, Ontario
Canada  L2A 6G6

Tel. : 1 (905) 994-6521
E-mail : Buffalo-NEXUSFAST@cbp.dhs.gov

*Sent via: Hand Delivered*

**Re:**    ***Copy of Affidavit Evidence and File For Interview and Appointment on Tuesday,
November 12th, 2019 @ 1:30 p.m. (EDT); Follow-up to Conversation with the
Montana United States Customs and Border Protection [Trusted Traveler Programs]
[Appointment for:* ▮▮▮▮▮ *]]***

To whom it may concern,

At the request of the Montana United States Customs and Border Protection; attached is a copy
of Affidavit 'evidence' from a case and file that caused an international incident and has misled
several of your Agents and Staff, as part of a 'Public Mischief,' 'Criminal Negligence,'
'Attempted Murder' and 'Harassment' case caused by Public Servants from several Police Forces
and Federal and Municipal Governments.

There are several parties and governments that are responsible for the damage and trespasses that
occurred to the United States Government that are under continued investigation; and they
thought that this document would be helpful to your office and Agents.  The reason being is that
it proves the 'government error' that occurred and has the corrections required for your records
and files.  This is necessary in the event that you have been misled, or, confused and that conflict
should occur between your office and the Government of Canada.

Should you have any questions or concerns, please do not hesitate to contact me by mail or
return e-mail at: ▮▮▮▮▮▮▮▮▮▮

Sincerely,

Alex Martinez
AM/am

Enclosure:    i.    Affidavit Evidence of Alex Martinez; Supreme Court of Canada

Document 8



**FORM 66** - Rule 66

**GENERAL HEADING**

APPLICATION

(NO FILE)



FEDERAL COURT (or FEDERAL COURT OF APPEAL)

BETWEEN:

ALEX MARTINEZ

and

ROYAL CANADIAN MOUNTED POLICE SERVICES, CANADA BORDER SERVICES AGENCY

APPLICATION UNDER Section 41 of the Privacy Act

Report of Findings

Refuse to Provide Access to Personal Information

USCBP000017

**FORM 301**
**Rule 301**
# Notice of Application

FEDERAL COURT

(NO FILE)

BETWEEN:

ALEX MARTINEZ

and

ROYAL CANADIAN MOUNTED POLICE SERVICES, CANADA BORDER SERVICES
AGENCY

# Notice of Application

TO THE RESPONDENT:

A PROCEEDING HAS BEEN COMMENCED by the applicant. The relief claimed by the
applicant appears on the following page.

THIS APPLICATION will be heard by the Court at a time and place to be fixed by the
Judicial Administrator. Unless the Court orders otherwise, the place of hearing will be as
requested by the applicant. The applicant requests that this application be heard at *the
Federal Court of Appeal*.

IF YOU WISH TO OPPOSE THIS APPLICATION, to receive notice of any step in the
application or to be served with any documents in the application, you or a solicitor
acting for you must file a notice of appearance in Form 305 prescribed by the *Federal
Courts Rules* and serve it on the applicant's solicitor or, if the applicant is self-
represented, on the applicant, WITHIN 10 DAYS after being served with this notice of
application.

Copies of the *Federal Courts Rules*, information concerning the local offices of the Court
and other necessary information may be obtained on request to the Administrator of this
Court at Ottawa (telephone 613-992-4238) or at any local office.

IF YOU FAIL TO OPPOSE THIS APPLICATION, JUDGMENT MAY BE GIVEN IN
YOUR ABSENCE AND WITHOUT FURTHER NOTICE TO YOU.

*(Date)*

OCT 2 8 2019

ORIGINAL SIGNED BY
**FRANÇOIS MORIN**
A SIGNÉ L'ORIGINAL

Issued by: *(Registry Officer)*

Address of local office:

90 Sparks Street / 90, rue Sparks
Ottawa, Ontario / Ottawa (Ontario)
K1A 0H9

TO:

RCMP National Headquarters
Headquarters Building
73 Leikin Drive
Ottawa, Ontario
Canada  K1A 0R2

General Inquiries: 613-993-7267
Tel./Tél./TTY: 613-825-1391
Fax/Téléc.: 613-993-0260

And

Canada Border Services Agency
2323 Riverside Dr,
Ottawa, Ontario
Canada  K1H 7X6

Tel./Tél./Toll-free: 1-800-461-9999
Tel./Tél./TTY: 1-866-335-3237
E-mail/Courriel: contact@cbsa.gc.ca

USCBP000019

**Application**

This is an application for judicial review in respect of

Section 41 of the Privacy Act; Federal Court of Canada

The applicant makes application for:

1.    This is an Application for Judicial Review sought by Alex Martinez on his own behalf and on behalf of Section 41 of the *Privacy Act of Canada.*

The grounds for the application are:

2.    This is an Application for a Judicial Review in Respect of the September 20th, 2019 Report for the Royal Canadian Mounted Police Services (R.C.M.P.) and the September 27th, 2019, Report for Canada Border Services Agency (CBSA). Both of these Reports are for the decisions of Sofia Scichilone, Manager; Privacy Act Compliance Directorate.

3.    The Application is being made for the errors that have occurred and for non-compliance with the Act; as one of the Reports is severely late and they did not request an extension. In addition, the Public Bodies refused to disclose all the information requested for the proper adjudication and investigation of a colossal police and government error that has been corrected and apologized for. Furthermore; they are accused of denying me access to my personal information and the unlawful collection, release and disclosure of information. Therefore; for these reasons their response is considered inadequate and suspicious and thus a Judicial Review is necessary.

4.    This is required as we have found them to be inept in their roles and positions as they have displayed imbecilic behaviours and practices and therefore; they have to be investigated thoroughly and disciplined and prosecuted if necessary. The reasons being is that they have not displayed the level of honour and integrity required to successfully manage and operate a police force; or, resolve, conclude and correct highly complex problems in this case.

5.    In order to successfully correct, resolve and stop this issue and problem; full access to all the information is required as there are errors in their information systems in their regional offices and headquarters. Furthermore, this request is part of a massive internal investigation and review to stop professional misconduct, violations of the law and an international incident; as they have conspired against many different governments, police forces and other well respected organizations; such as the Communications Security Establishment and the Canadian Security Intelligence Services; or, otherwise known as, the Secret Service.

6.    The way they operate their police services and organizations is a threat and a liability to the Government of Canada and the Canadian Judicial System and therefore; a full review and investigation into this matter and report is required.

7.    In order to avoid a 'duplicative process' we are also seeking costs and damages for the trespasses and damages that have occurred and the complete disregard for the law and Privacy Act.

This application will be supported by the following materials:

i.) Affidavit on behalf of Alex Martinez; and

ii.) Email correspondence, exhibits and such other materials as the Honourable Court permits.

The applicant requests *that the Office of the Privacy Commissioner of Canada* send a certified copy of any material that is not in the possession of the applicant, but is in the possession of the Office of the Privacy Commissioner of Canada and the Public Bodies to the applicant and to the Registry:

i.    All files, photos, audio, video, images, documents, records and correspondence that is in the possession of the Office of the Privacy Commissioner of Canada and the Public Bodies under investigation; concerning the Application of the Applicant, Alex Martinez.

October 28th, 2019

Alex Martinez
P.O. Box 30054 Brookfield P.O.
181 Bay Street
Toronto, Ontario
Canada  M5J 0A5
Email: case_am_072015@aol.com

- SOR/2004-283, ss. 35, 38

- SOR/2013-18, s. 16

I HEREBY CERTIFY that the above document is a true copy of the original filed in the Court./

JE CERTIFIE que le document ci-dessus est une copie conforme à l'original déposé au dossier de la Cour fédérale.

Filing date    28 · Oct · 2019
Date de dépôt

31 · Oct · 2019

Dated
Fait le

**FRANÇOIS MORIN**
**REGISTRY OFFICER**
**AGENT DU GREFFE**

11.00

SERVICE OF A TRUE COPY HEREOF
SIGNIFICATION DE COPIE CONFORME

Admitted the _____ 01 _____ day
Acceptée le                              jour

of _____ Nov _____ 20 19
de

for          Me Nathalie G. Drouin, Ad.E.
pour         Deputy Minister of Justice
        and Deputy Attorney General of Canada
            Sous-Ministre de la Justice
    et Sous-Procureure générale du Canada

USCBP000022

Document 9

November 13th, 2019

United States Customs and Border Protection
10 Central Avenue
Fort Erie, Ontario
Canada  L2A 6G6

Tel. : 1 (905) 994-6521
E-mail : Buffalo-NEXUSFAST@cbp.dhs.gov

*Sent via: Email*

**Re:**    *Additional Documentation Requested; Copy of Affidavit Evidence and File For*
*Interview and Appointment on Tuesday, November 12th, 2019 @ 1:30 p.m. (EDT);*
*Follow-up to Conversation with the Montana United States Customs and Border*
*Protection [Trusted Traveler Programs][Appointment for:* ▉▉▉▉ *]]*

To whom it may concern,

At our meeting yesterday, November 12th, 2019 at 1:30 p.m.; the United States Customs and
Border Protection Officer provided me with an 'Additional Documentation Request Instructions'
form, requesting a letter from my employer outlining the details of my travel to the United
States.  This is an error, as he was advised several times that *'I am not traveling to the United*
*States for employment purposes;'* but for *'travel and leisure.'*  In addition, he did not process
the NEXUS/Global Entry card on the basis that a Passport was not provided to him along with
my other Government Issued Identification such as my Drivers License and Canadian
Citizenship Card.

This is excessive and not required for the proper administration of the Application and Card.  In
addition; at the request of the Agents from the United States Customs and Border Protection
from Montana, he was also given 'Material Evidence' to an ongoing criminal investigation
against Canada Border Security Agents and the Royal Canadian Mounted Police Service and
other government officials by way of a USB; for the proper administration of his duties and to
support Agents involved in this case from the United States of America.  Unfortunately, he
'refused' to accept the USB and evidence and returned it to me and has now asked me to provide
information that is not required which is causing further disruptions and delays; which are not
necessary.

Therefore; if you would please review this matter and process the NEXUS/Global Entry Card as
quickly as possible, it would be greatly appreciated.

Should you have any questions or concerns, please do not hesitate to contact me by mail or
return e-mail at: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Alex Martinez  P.O. Box 30054 Brookfield P.O.  181 Bay Street  Toronto, Ontario M5J 0A5  Canada
E-mail ▉▉▉▉▉▉▉▉▉▉▉▉

USCBP000023

Sincerely,

Alex Martinez
AM/am

Enclosure:    i.    Copy Additional Documentation Request Instructions
              ii.   Affidavit Evidence of Alex Martinez; Supreme Court of Canada

USCBP000024

Document 10

## FACSIMILE

FAX

**Alex Martinez**
P.O. Box 30054
Brookfield P.O.
181 Bay Street

Toronto, Ontario
Canada  M5J 0A5

Date:    Octobe  22nd, 2019
F om:    A ex Ma t nez
Fax:      1 (855) 871-8996
Ema :    case am 072015@ao .com
Pages: 3
c.c:

To:
V ct ms Fund Manage
P og ams B anch
Depa tment of Just ce
284 We ngton St eet, 6th F oo
Ottawa, Onta o
Canada  K1A 0H8

Te ./Té . : (613) 941-4193
Fax/Té éc. : (613) 941-2269
E-ma /Cou  e : pb-dgp@just ce.gc.ca
F e Numbe : NO F LE

| Description & Title of Document |
| --- |

*Project Funding and Financial Assistance for Victims of Crime Resulting from Internal Investigations Concerning the Criminal Conduct of Police Officers and Public Service Employees*

**X Urgent   X For your records**

To whom  t may conce n,

P ease see the attached.

S nce e y,

A ex Ma t nez
AM/am

October 22nd, 2019

Victims Fund Manager
Programs Branch
Department of Justice
284 Wellington Street, 6th Floor
Ottawa, Ontario
Canada  K1A 0H8

Tel./Tél. : (613) 941-4193
Fax/Téléc. : (613) 941-2269
E-mail/Courriel : pb-dgp@justice.gc.ca

*Sent via: Facsimile & Email*

**Re:**     *Project Funding and Financial Assistance for Victims of Crime Resulting from
Internal Investigations Concerning the Criminal Conduct of Police Officers and Public
Service Employees*

To whom it may concern;

Your program and funding is of special interest to me as I am in dire need of financial assistance
to complete several internal investigations concerning the criminal conduct of Police Officers
and Public Service Employees.  This work is supported by the Attorney General of Canada and
the Supreme Court of Canada.

As a former Consultant for the Private Industry and several Provincial Governments; it is work
that has produced exceptional results, which has led to awards and accolades at the international
level.

The work is extremely important and needs to be finished and completed.  Otherwise several
very serious offenders that are currently being prosecuted and are a high risk to public safety
could be released; if the case is not adequately funded.

Seeing as it is a case that is supported by the Supreme Court of Canada and a case that has been
corrected and apologized for and affects the Canadian Charter of Rights and Freedoms; it seemed
appropriate to Apply directly to your office for funding.  If it is not something that you can
accept at this time, then would you please suggest and refer a project or program that would
provide benefits for a 'Victim of Crime' for a case such as this.  Thank you!

Should you have any questions or concerns, please do not hesitate to contact me by return mail
or e-mail at: case_am_072015@aol.com

Alex Martinez  P.O. Box 30054 Brookfield P.O.  181 Bay Street  Toronto, Ontario M5J 0A5  Canada
E-mail: case_am_072015@aol.com

USCBP000026

Sincerely,

Alex Martinez
AM/am

USCBP000027

Document 11

## GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Create | Reports | Administration**
**Text Only**

# Homeland Security

Reconsideration
Request

Logout

PASSID: ███████ Name: MARTINEZ, ALEX  DOB: ████
ILICH

**Traveler
Menu**



### Reconsideration Request Info

| | |
|---|---|
| **Reconsideration Request ID:** | ███████ |
| **Date Submitted:** | 11/15/2019 |
| **Name:** | Martinez, Alex Ilich |
| **Date of Birth:** | ███████ |
| **Program:** | NEXUS |
| **Membership Number/PASSID:** | ███████ |
| **Program Application ID:** | |
| **Email:** | ███████ |

### Reason for Reconsideration

To whom it may concern All the information requested by your officers has been provided and satisfied. The case that he was told of and provided evidence for was at the request of the US authorities in Montana. It proves a massive government error that has been determined to be by the courts to be attributed to scandal, public mischief and homosexual misconduct and misbehaviour. I am the victim to very sick and heinous acts done by criminals within our justice system.

### Attached Files

| Filename | File Size | Date/Time |
|---|---|---|

No attachments were submitted with this
Reconsideration Request.

Recommendation
**Sustained Denial/Revocation**

**Recommended by:**          
**Date of Recommendation:**  11 Dec 2019
**Justification:**           OMBUDSMAN REVIEW:
                             Denial sustained as
                             Ombudsman defers to
                             EC
                             

Final Decision
**Sustained Denial/Revocation**

**Finalized by:**            LEP
**Date of Decision:**        11 Dec 2019
**Justification:**           OMBUDSMAN REVIEW:
                             Denial sustained as
                             Ombudsman defers to
                             EC
                             



## Comments

| Date/Time | Comments | Added By |
|---|---|---|

No comments were added to this Reconsideration Request.

USCBP000030

Document 12

 Print

 NEXUS

Dec 11, 2019

ALEX MARTINEZ



RE: Your NEXUS Program Membership # 

Dear ALEX MARTINEZ:

Thank you for your interest in the NEXUS program of U.S. Customs and Border Protection (CBP).

A review of your membership by the CBP Ombudsman has been completed. Based on the information you provided, it has been determined that no change is warranted at this time. Please be mindful that being denied from participating in the NEXUS program does not prohibit you from being able to travel.

If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP, please visit our website: http://www.cbp.gov/site-policy-notices/foia. Additional program information is available through the Trusted Traveler Program (TTP) application website: https://ttp.dhs.gov.

Sincerely,

Ombudsman
U.S. Customs and Border Protection

Document 13

## GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Create | Reports | Administration**
**Text Only**



Homeland Security

Create > GES Application

Logout

## Application Description

**Back to Request page**

| | | | |
|---|---|---|---|
| **Application ID:** ▮ | | **AIS Program:** | NEXUS |
| **Request Type:** Reapplication | | **Reason:** | |
| **Enrollment POE:** | | **Application Origin:** | GOES ▮ |
| **Biographic** | | | |

| | | | |
|---|---|---|---|
| **PASSID:** ▮ | | **GEC Number:** | |
| **First Name:** | ALEX | | |
| **Middle Name:** | ILICH | **Birth Date:** | ▮ ▮ |
| **Last Name:** | MARTINEZ | **Gender:** | Male |
| **Maternal Name:** | | **Height:** | 5 ft. 11 in. |
| **Other Last Names:** | | | |
| **Nick Names:** | | **Eye Color:** | Hazel |
| **Birth Country:** | ▮ | **Hair Color:** | |
| **Birth State/Province:** | ▮ | **Language Preference:** | English |
| **Birth City:** | ▮ | **Employment Status:** | Self Employed |
| | | **Occupation:** | CONSULTANT |
| **Primary Citizenship:** | CANADA | | |
| **Other Citizenship:** | | **Unemployment Date:** | |
| **Residence:** | NOT AVAILABLE | | |
| **Primary Residence:** | | **Permanent Residence:** | |
| **E-mail Address:** | ▮ | | |
| **Scars:** | | | |
| **Address** | | | |

USCBP000032

**ResidentialAddress**
**Effective Date:**
**Street:**
**City:**
**Country:**
**Colonia/Neighborhood**
**Home Phone Number:**

**MailingAddress**
**Effective Date:**       Feb 2018 -
**Street:**               P.O. Box 30054 Brookfield P.O., 181 Bay Street
**City:**                 Toronto         **State/Province:** ON
**Country:**              CANADA          **Postal Code:**    M5J0A5
**Colonia/Neighborhood:**
**Employment**

| | | | |
|---|---|---|---|
| **Employment Status:** | Self Employed | **Occupation:** | CONSULTANT |
| **Name:** | SELF | | |
| **Effective Date:** | May 2012 - | | |
| **Street:** | P.O. Box 30054 Brookfield P.O., 181 Bay Street | | |
| **City:** | Toronto | **State/Province:** | ON |
| **Country:** | CANADA | **Postal Code:** | M5J0A5 |
| **Colonia/Neighborhood:** | | **Employment Description:** | |
| **Phone Number:** | | **Zone:** | |

**Document**

| | | | |
|---|---|---|---|
| **Type:** | Citizenship Certificate | **Document Number:** | |
| **Issue Date:** | | **Expiration Date:** | |
| **First Name:** | ALEX | **Birth Date:** | |
| **Last Name:** | MARTINEZ | | |
| **Maternal Name:** | | | |
| **Issue Country:** | CANADA | **State/Province:** | |
| **Class of Admission:** | | | |
| **A Number:** | | **Registry Group:** | |
| **Proof of Admissibility:** | Y | **Proof of Citizenship:** | Y |

| | | | |
|---|---|---|---|
| **Proof of Residency:** | N | **Proof Country:** | CANADA |
| **Enhanced Drivers License:** | | **Commercial Drivers License:** | |
| **Hazardous Materials:** | | **MRZ Certification:** | |

| | | | |
|---|---|---|---|
| **Type:** | Driver's License | **Document Number:** | ███████ |
| **Issue Date:** | | **Expiration Date:** | 16 Jan 2021 |
| **First Name:** | ALEX | **Birth Date:** | ███████ |
| **Last Name:** | MARTINEZ | | |
| **Maternal Name:** | | | |
| **Issue Country:** | CANADA | **State/Province:** | QUEBEC |
| **Class of Admission:** | | | |
| **A Number:** | | **Registry Group:** | |
| **Proof of Admissibility:** | N | **Proof of Citizenship:** | N |
| **Proof of Residency:** | N | **Proof Country:** | |
| **Enhanced Drivers License:** | N | **Commercial Drivers License:** | N |
| **Hazardous Materials:** | N | **MRZ Certification:** | |

**Conveyance**

---

## Question/Answer

---

Have you ever been convicted of an offense in any country for which you have not received a pardon?

Question
Answer:          No
Remarks:
Country:

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?

Question Answer:No
Remarks:
Country:

Have you ever been approved by Citizenship and Immigration Canada for rehabilitation because of past criminal activity?
Question
Answer:          No
Remarks:
Country:

Have you ever been found in violation of customs or immigration laws or other federal import laws?
Question
Answer:          No
Remarks:
Country:
**Travel History**

Document 14

## GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Create | Reports | Administration**
**Text Only**



Logout

### Raw List

PASSID: ███████ Name: MARTINEZ, ALEX  DOB: ███
ILICH



**Traveler Menu**

| RAW ID | AIS Program | Request Type | Application Id |
|--------|-------------|--------------|----------------|
| LEP | NEXUS | Reapplication | LEP |
| LEP | NEXUS | Initial Enrollment | LEP |

# Risk Assessment Worksheet

## Pass ID ███████

**Program Type:**NEXUS | **Application ID:**LEP███████ | **Application Type:**Reapplication

## Person Data

**First Name:**ALEX ILICH
**Last Name:**MARTINEZ
**DOB:**███████

**Gender:**M
**Citizenship:**CA
**Birth Country:**█

**Findings**

---

## *RISK ASSESSOR*

**Risk Assessor Comments (Internal):** LEP

**Officer Recommendation:** LEP
**Date Vetted:** 2020-09-15
**Vetting Officer:** LEP

**Supporting Information (Internal):**

## *DIRECTOR REVIEW*

**Director Comments (Internal):** LEP

**Final Decision:** FAIL
**Date Reviewed:** 2020-09-16
**Director:**

**Denial Reasons/Comments (Sent to Applicant):**
You do not meet the program eligibility requirements.
**Name Variants, Query Results & Questions**

---

## *APPLICANT NAME VARIANTS QUERIED (x2)*

LEP

## *POTENTIAL MATCH FOUNDMATCH TYPE*



USCBP000038



LEP

USCBP000039

Document 15

 Print

NEXUS

Sep 16, 2020

NTC-P TTV
--
Sterling, VA 20164
US

ALEX MARTINEZ
P.O. Box 30054 Brookfield P.O., 181 Bay Street
Toronto, ON M5J0A5
CA

RE: Your NEXUS Program Membership # ████████

Dear ALEX MARTINEZ:

Thank you for your application to the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been disapproved for the following reason(s):

Other
        You do not meet the program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;

5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,


Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection



Document 16

## GLOBAL ENROLLMENT SYSTEM (GES)



**Welcome | Search | Create | Reports | Administration**
**Text Only**

Reconsideration Request

Logout

PASSID: ██████████    Name: MARTINEZ, ALEX  DOB: ██████
ILICH

**Traveler Menu**



Reconsideration Request Info

**Reconsideration Request ID:** 

**Date Submitted:**            09/17/2020

**Name:**                      Martinez, Alex Ilich

**Date of Birth:**             ██████████

**Program:**                   NEXUS

**Membership Number/PASSID:**  ██████████

**Program Application ID:**

**Email:**                     ████████████████████

### Reason for Reconsideration

To whom it may concern, This request is as per the attached letter from Ms. Shari Suzuki, Chief FOIA Appeals, Policy, and Litigation Regulations and Rulings Office of Trade. This is outlined at the base of her letter. As per the attached letter of September 16, 2020, none of the issues identified apply, as I have no criminal record, conviction, or, anything else that would impede or interfere and justify the denial and 'Other' reasons do not apply. Sincerely, Alex Martinez

### Attached Files

| Filename | File Size | Date/Time |
|---|---|---|

| | | |
|---|---|---|
| [CBP-AP-2020-052673_Letter to Requester_.pdf](#) | 0.16 MB | 09/17/2020 11:45 PM |
| [CBP-AP-2020-052673_RELEASED_.pdf](#) | 0.81 MB | 09/17/2020 11:45 PM |
| [Letter of Decision Sept 16 2020 Official Trusted Traveler Program_Department of Homeland Security.pdf](#) | 0.36 MB | 09/17/2020 11:45 PM |

Recommendation
**Sustained Denial/Revocation**



| | |
|---|---|
| **Recommended by:** | LEP |
| **Date of Recommendation:** | 20 Sep 2020 |
| **Justification:** | Supervisory Ombudsman: No change from previous Ombudsman review. Sustained denial revocation LEP |

Final Decision
**Sustained Denial/Revocation**

| | |
|---|---|
| **Finalized by:** | LEP |
| **Date of Decision:** | 20 Sep 2020 |
| **Justification:** | Supervisory Ombudsman: No change from previous Ombudsman review. Sustained denial revocation LEP |



## Comments



| Date/Time | Comments | Added By |
|---|---|---|

No comments were added to this Reconsideration Request.

USCBP000044



**U.S. Department of Homeland Security**
Washington, DC 20229

**U.S. Customs and
Border Protection**

DIS-3-OT:RR:FAPL
CBP-AP-2020-052673 KKV

August 24, 2020

Mr. Alex Martinez
P.O. Box 30054
Brookfield Post Office
181 Bay Street
Toronto
CANADA

      RE:    Freedom of Information Act Appeal; Alex MARTINEZ
      File:   CBP-AP-2020-052673

Dear Mr. Martinez:

This letter is in response to your correspondence received March 17, 2018, addressed to the U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Appeals, Policy & Litigation Branch, which appeals the determination issued by the CBP FOIA Division (CBP-2020-037248) on March 26, 2020, that no responsive records exist in connection with your request.

We note that this request is the latest in a rather confusing series of submissions.  The current appeal, CBP-AP-2020-052673, filed on May 7, 2020, references prior filing CBP-2020-037248.  That submission, CBP-2020-037248, filed 02/24/2020, references prior filing CBP-2020-032728.  CBP-2020-032728, filed on February 7, 2020, references prior filing CBP-2020-025292.  Prior filing CBP-2020-025292, filed on January 12, 2020, references a prior filing via letter number "2020-01-08 145308" (incorrectly titled by the FOIA Division).

The initial request, CBP-2020-022484, filed on December 20, 2019, requested that CBP provide "all records, files, video, picture, audio, and any other information" pertaining to a rejection notice received for the application of a NEXUS card, whose membership number is ████████."  In the absence of an affirmative statement that you were seeking your own records, the FOIA Division interpreted your letter as a request for records belonging to a third party, and responded accordingly.

1

USCBP000045

Upon receipt of your appeal and review of all prior filings, an attorney on my staff contacted you and obtained clarification that your request sought only your own records, and not those of a third party.  To ensure that you receive the NEXUS documents that pertain to you, we conducted a *de novo* search of the Global Enrollment System (GES), which is the system used to adjudicate applications to enter the United States by any available form of automated or other expedited inspection, including that offered to travelers arriving in the United States via dedicated commuter lanes, to pedestrians and vehicles arriving at remote ports of entry, to pedestrians and vehicles arriving at other land borders, and to air travelers. A search of that system identified six pages of responsive records.

As part of your application to participate in the NEXUS Program, you submitted biographical information to CBP which was entered into GES.  Information in GES is used to determine whether applicants are admitted into and can continue to participate in the various Trusted Traveler Programs (Global Entry, SENTRI, NEXUS, and FAST) administered by CBP.  Upon reviewing the records retrieved we have determined that our office is able to release the biographical data you provided to CBP as well as the other pages of records.  Therefore, we are releasing a total of seven pages of records, with partial redactions, as set forth below.

The Freedom of Information Act

Congress enacted FOIA in order "to pierce the veil of administrative secrecy and to open agency action to the light of public scrutiny."[1]  "The basic purpose of FOIA is to ensure an informed citizenry, vital to the functioning of a democratic society, needed to check against corruption and to hold the governors accountable to the governed."[2]  The statute provides that "each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules…shall make the records promptly available to any person." 5 U.S.C. § 552(a)(3)(A).

The predominant objective of the FOIA is the disclosure to the public of executive branch information that is maintained by the Federal Government unless the requested records contain certain categories of information that are exempt or excluded from compelled disclosure.  FOIA provides nine exemptions and three exclusions pursuant to which an agency may withhold requested information. Thus, the public's right to government information is not without limits.  However, FOIA exemptions are to be narrowly construed, and the burden is on the government to demonstrate that the materials sought may be withheld due to one or more of the exemptions that are set forth in 5 U.S.C. §552(b).

---

[1]  *Dep't of the Air Force v. Rose*, 425 U.S. 352, 361 (1976) (citation omitted).
[2]  *John Doe Agency v. John Doe Corp.*, 493 U.S. 146, 152 (1989) (citation omitted).

USCBP000046

In connection with your appeal, certain information that is contained in the responsive records is exempt from disclosure pursuant to Exemptions (b)(6), (b)(7)(C) and (b)(7)(E) of the FOIA (5 U.S.C. §§ 552 (b)(6), (b)(7)(C) and (b)(7)(E)). Some information has been withheld pursuant to Exemption (b)(6), which protects from disclosure "personnel and medical files and similar files" the release of which could constitute an unwarranted invasion of personal privacy. Information has been withheld pursuant to Exemption (b)(7)(C), which protects the privacy interests of law enforcement personnel and other parties whose personal information appears in law enforcement records. Lastly, some information has been withheld pursuant to Exemption (b)(7)(E), which protects from disclosure information that would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.

The first two exemptions – (b)(6) and (b)(7)(C) - relate to the protection of personal privacy, and were invoked here only to protect the identity of CBP employees. A primary consideration is to protect CBP employees (and other individuals) from unnecessary "harassment and annoyance in the conduct of their official duties and in their private lives," which could conceivably result from the public disclosure of their identity.[3] Under the FOIA, privacy encompasses the "individual's control over information concerning his or her person."[4] To determine whether this information ought to be withheld under either exemption (b)(6) or (b)(7)(C), an agency must balance the privacy interests involved against the public interest in disclosure.[5]

Exemption (b)(6) – Personnel, Medical and Similar Files

Exemption (b)(6) permits the government to withhold information about an individual in "personnel and medical and similar files" when the disclosure "would constitute a clearly unwarranted invasion of personal privacy."[6] Examples of the types of information that can be withheld are the first and last name of CBP officers, telephone and email addresses, and personally identifying information (PII) belonging to third parties.

As a threshold requirement, Exemption (b)(6) can only be applied to "personnel and medical and similar files." However, the range of documents falling within these categories is interpreted broadly so as to include all government records "which can be identified as applying to that individual."[7] Once this threshold is met, the issue

---

[3] *Nix v. U.S.,* 572 F. 2d 998, 1006 (4th Cir. 1978).

[4] *Department of Justice v. Reporters Committee for the Press,* 489 U.S. 749, 763 (1989).

[5] *Id.* at 762.

[6] 5 U.S.C. § 552(b)(6).

[7] *Department of State v. Washington Post,* 456 U.S. 595, 602 (1982) (quoting H.R. Rep. No. 1497, 89th Cong., 2nd Sess., 11 (1966)).

3

USCBP000047

becomes whether disclosure of the information at issue "would constitute a clearly unwarranted invasion of personal privacy,"[8] an undertaking that requires balancing the privacy interests of the individual or individuals against the public interest in disclosure.  The U.S. Supreme Court has determined that this balance is properly struck where "personal references or other identifying information [are] deleted."[9]

Once it has been determined that there is a substantial privacy interest under Exemption (b)(6), it is necessary to assess the public interest in disclosure.[10]  In this regard, the Supreme Court limited the concept of public interest under the FOIA to the "core purpose" for which Congress enacted it:  to "shed light on an agency's performance of its statutory duties."[11]  The Supreme Court repeatedly has stressed that information that does not directly reveal the operations or activities of the federal government "falls outside the ambit of the public interest that the FOIA was enacted to serve."[12]

In connection with your appeal, we find that the information eligible for redaction pursuant to Exemption (b)(6) is properly exempt from disclosure because there is a significant privacy interest on the part of the subject individuals and there is little, if any, public interest in disclosure.  Accordingly, we are invoking Exemption (b)(6) for this type of information in the record that we are releasing to you.

Exemption (b)(7)(C) – Law Enforcement Information and Records

In a similar manner, Exemption (b)(7)(C) is utilized to protect the privacy interests of all persons mentioned in law enforcement records, including investigators, suspects, witnesses, and informants.   However, Exemption (b)(7)(C) contains even broader protections than Exemption (b)(6).  Although the protections available under Exemption (b)(7)(C) are not the same as Exemption (b)(6), the analysis is similar in that it also requires the balancing of the privacy interests involved against the public interest in disclosure.[13]  The two exemptions differ in the "magnitude of the public interest that is required" to overcome the privacy interests involved, with an extra weight in favor of redaction once exemption (b)(7)(C) privacy issues are implicated.[14]

The privacy interest at play under Exemption (b)(7)(C) in protecting the third party information located in law enforcement documents is so strong that courts have found that such information is "categorically exempt" from production "unless

---

[8]   *Department of the Air Force v. Rose*, 425 U.S. 352, 373 (1976).

[9]   *Id.* at 380.

[10]    *Reporter's Committee*, *supra*, at 773.

[11]   *Id.*

[12]   *Id*. at 775.  *See also*, *Bibles v. Oregon Natural Desert Ass'n*, 519 U.S. 355, 355-56 (1997); *Department of Defense v. FLRA*, 510 U.S. 487, 497 (1994).

[13]   *Lewis v. Department of Justice*, 609 F. Supp. 2d 80, 84 (D.D.C. 2009).

[14]   *Department of Defense v. Federal Labor Relations Authority, 510 U.S. 487, 496 n. 6 (1994).*

4

USCBP000048

access to the names and addresses of private individuals … is necessary in order to confirm or refute compelling evidence that the agency is engaged in illegal activity."[15]

> We have long recognized the mention of an individual's name in a law enforcement file will engender comment and speculation and carries a stigmatizing connotation.  [N]ot only the targets of law-enforcement investigations, but also 'witnesses, informants, and … investigating agents' have a 'substantial interest' in ensuring that their relationship to the investigations remains secret.[16]

 Internal citations omitted.

Once the threshold requirement that the information found in "law enforcement" records is met and the privacy interests in Exemption (b)(7)(C) are triggered, the burden shifts to the requester to show government misconduct.[17]  The showing must be "more than a bare suspicion" of official misconduct – it must "warrant a belief by a reasonable person that the alleged Government impropriety might have occurred."[18]  Otherwise, the balancing requirement does not come into play.[19]

In connection with your appeal, the GES records we are releasing meet the requirement for being compiled for law enforcement purposes.  CBP is a law enforcement agency with enforcement responsibilities for over 400 federal statutes.  Therefore, many of the files created and maintained by CBP are directly related to law enforcement operations in furtherance of CBP's mission to protect the borders of the Unites States by enforcing the customs and immigration laws of the United States, and fostering our Nation's economy through lawful international trade and travel.  In your particular instance, the records being released are compiled in direct relation to CBP's law enforcement mandate to protect the U.S. borders.

Further, the individuals whose privacy would be subject to invasion are identified in the records, and the invasion of that privacy is unwarranted.  There is no public interest to be served by placing the identities and contact information of CBP employees before the public.  Accordingly, we are invoking Exemption (b)(7)(C) for this type of information in the records that we are releasing to you.

Exemption (b)(7)(E)

Lastly, exemption (b)(7)(E) exempts from disclosure information that would disclose techniques and procedures for law enforcement investigations or prosecutions, or

---

[15] *SafeCard Services, Inc. v. U.S. Securities & Exchange Commission*, 926 F.2d 1197, 1206 (D.C. Cir. 1991.
[16] *Roth v. Department of Justice*, 2011 U.S. App. LEXIS 13124 (D.C. Cir. June 28, 2011).
[17] *National Archives & Records Administration v. Favish*, 541 U.S. 157, 172 (2004).
[18] *Id.* at 174.
[19] *Boyd v. Department of Justice*, 475 F.3d 381, 388 (D.C. Cir. 2007).

USCBP000049

would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law.[20] Where the agency has a clear law enforcement mandate, it only need establish a rational nexus between enforcement of a federal law and the information withheld based on Exemption (b)(7).[21]

In connection with your appeal, we find that the information eligible for redaction pursuant to Exemption (b)(7)(E) is properly exempt from disclosure because its disclosure would disseminate techniques or procedures used in law enforcement investigations and detection of violators, and it is reasonably foreseeable that disclosure would risk circumvention of the law by disclosing administrative procedures, steps/guidelines followed, in regard to the operational responsibilities discussed and assigned to CBP personnel, and by handling the information in an operational context by the CBP enforcement officers.

In this instance, Exemption (b)(7)(E) is being applied to certain computer function instructions, file location identifiers and analytical processes used by CBP as it performs its duties at the border and as it manages the Trusted Traveler Programs. These procedures, steps and codes are not generally known to the public, and, if released, they could be facilitate circumvention of the laws by those inclined to do so. Accordingly, we are invoking Exemption (b)(7)(E) for this type of information in the records that we are releasing to you.

With regard to the release of responsive documents and the substantive determination reflected therein, we provide the caveat that the jurisdiction of the FOIA Appeals Branch is limited to the search, identification and release of records that are maintained by CBP, and information concerning your right of appeal with regard to these operations can be found at the conclusion of this letter. We are not the office that makes decisions regarding eligibility for the Global Entry Program. We cannot provide answers for the decisions or actions of program offices nor do we have the ability or authority to modify the decision of any other office.

Inasmuch as we do not have neither the capability nor the authority to resolve issues or otherwise explain the operations of the Global Entry Program (or any other program), we suggest you try to discuss any underlying concerns at a CBP Field Office, Trusted Traveler Enrollment Center, or by contacting the CBP Ombudsman.at: https://ttp.cbp.dhs.gov.

---

[20] *Fisher v. U.S. Department of Justice*, 772 F. Supp. 7 (D.D.C. 1991) (explicitly recognizing categorical protection for law enforcement techniques and procedures), aff'd 968 F.2d 92 (1992). *See also, Hammes v. U.S. Customs Service,* 1994 WL 693717 (unreported case) (S.D.N.Y.) (protecting criteria used to determine which passengers to stop and examine).

[21] *Coastal Delivery Corporation v. U.S. Customs Service,* 272 F. Supp. 2d 958, 963 (C.D. Cal. 2003).

USCBP000050

With regard to the latter, we are informed that the TTP website will allow travelers with an application or membership in a denied or revoked status to submit a reconsideration request from their TTP Dashboard. The traveler will be able to attach document scans (such as court documents) through the electronic reconsideration request. The Ombudsman's decision notification letter and current status will be posted to their TTP dashboard.

Your request should include enough information to conduct a review, and include .PDF attachments of your reconsideration request letter and any court and/or other documentation to assist in the adjudication. Incomplete requests or requests with minimal documentation or details regarding an incident may not support reconsideration of your application.

Please carefully review the denial or revocation reasons available to the applicant as provided on the status notification letter posted to your TTP account. When the dashboard of your TTP account displays, the notification section is closed/collapsed by default even if there is a notification. There is an indication that there is a notification. The user must open that section by clicking on it. The user can expand/collapse each section. The inability to view the notification letter may indicate a compatibility issue with the browser. Switching browsers and/or ensuring that your browser is current may resolve it. The letter should display in a pop-up window. Before clicking on the letter, make sure you have turned off any pop-up blockers. We strongly recommend that you consider filing a reconsideration request by following the procedures outlined above.

With regard to processing of your FOIA appeal, encompassing the sufficiency of the document search, the identification of responsive documents and exemptions utilized in their release, we provide the following information regarding your right of appeal.

Right of Appeal

The Freedom of Information Act provides requestors with the opportunity to seek judicial review of this administrative appeal. You may institute judicial review in the U.S. District Court in the district in which you reside, have a principal place of business, where the agency records are located, or in the United States District Court for the District of Columbia.

Additionally, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requestors and federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation.

However, be aware that if you are requesting access to your own records, which is considered to be a Privacy Act request rather than a FOIA request, the OGIS does

USCBP000051

not have the authority to mediate requests made pursuant to the Privacy Act of 1974 (5 U.S.C. § 552a). You may contact OGIS in any of the following ways:

National Archives and Records Administration
Office of Government Information Services
8601 Adelphi Road
College Park, Maryland  20740-6001
Telephone:    202-741-5770
Toll Free:       877-684-6448
Facsimile:      202-741-5769
www.archives.gov/ogis

Sincerely,

*Shari Suzuki*

Shari Suzuki, Chief
FOIA Appeals, Policy, and Litigation
Regulations and Rulings
Office of Trade

USCBP000052



# GLOBAL ENROLLMENT SYSTEM (GES)

**Welcome | Search | Reports | Administration**
<u>Text Only</u>


Homeland Security

**Raw List**

Help

Logout

**Traveler Menu**

Summary

Request List

Security Queries

AIS Program Status

Interdictions

**PASSID:** ███████    **Name:** MARTINEZ, ALEX ILICH    **DOB:** ███████

| RAW ID | AIS Program | Request Type | Application Id |
|--------|-------------|--------------|----------------|
| ███████ | NEXUS | Initial Enrollment | ███████ |

# Risk Assessment Worksheet

## Pass ID ███████

**Program Type:** NEXUS |  **Application ID:** ███████ |  **Application Type:** Initial Enrollment

## Person Data

**First Name:** ALEX ILICH    **Last Name:** MARTINEZ    **DOB:** ███████
**Gender:** M    **Citizenship:** CA    **Birth Country:** ██

## Findings

### *RISK ASSESSOR*

**Risk Assessor Comments (Internal):** (b) (7)(E) ████████████████████
███████

**Officer Recommendation:** (b) (7)(E) ██████
**Date Vetted:** 2019-02-18
**Vetting Officer:** (b) (6), (b) (7)(C) ████████

**Supporting Information (Internal):**

**Denial Reasons/Comments (Sent to Applicant):**

### *APPLICANT NAME VARIANTS QUERIED (x2)*

MARTINEZ, ALEX
MARTINEZ, ALEX ILICH





## GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Reports | Administration

**Text Only**

Summary

Help

Logout

**Traveler Menu**
- Summary
- Request List
- Security Queries
- AIS Program Status
- Interdictions



PASSID: ███     **Name:** MARTINEZ, ALEX ILICH     DOB: ███

**Review Biographic comments**

| Show All | Biographic | Other ID | Address | Employment | Document |
|---|---|---|---|---|---|
| Conveyance | Request | RFID | Travel History | APEC | Comment | Attachment |
| CTTP Card | Parents Info | RAW | | | | |

### Biographic

Biographic Detail



Image Capture

| | | | |
|---|---|---|---|
| **PASSID:** | | **GEC Number:** | ███ |
| **GOES User ID:** | ███ | | |
| **First Name:** | ALEX | **Birth Date:** | ███ |
| **Middle Name:** | ILICH | **Gender:** | Male |
| **Last Name:** | MARTINEZ | **Height:** | 5 ft. 11 in. |
| **Maternal Name:** | | **Eye Color:** | Hazel |
| **Other Last Names:** | | **Hair Color:** | |
| **Other First Names:** | | | |

| | | | |
|---|---|---|---|
| **Birth Country:** | ███ | **Fingerprint Capture Date:** | 12 Nov 2019 |
| **Birth City:** | | **Canada Iris Capture Date:** | 12 Nov 2019 |
| **Birth State/Province:** | | **Canada Iris Not Captured Date:** | |
| **Primary Citizenship:** CANADA | | **APEC Eligible:** | |
| **Other Citizenship:** | | **TSA Hazmat:** | NO |
| **Primary Residence:** CANADA | | **E-mail Address:** | ███ |
| **Residency Status:** | | **Language Preference:** | English |

### Other ID

GOES USER ID ███
GEC NUMBER: ███
FAST NORTH ID:
FAST SOUTH ID:
FLUX ID:
MEXICO PVC MEMBERSHIP NO.:
MEXICO CURP NO.:
MEXICO RFC NUMBER - OWN:
MEXICO RFC NUMBER - OTHER:
GERMANY ABG MEMBERSHIP NO.:
QATAR NATIONAL ID:
SAUDI ARABIA NATIONAL ID:
UK ACCESS CODE:
COLOMBIA NATIONAL ID:
SINGAPORE NATIONAL REGISTRATION ID:
ISRAEL IDENTITY NO.:
ARGENTINA NATIONAL ID:
TAIWAN NATIONAL ID:
NETHERLAND NATIONAL NUMBER:

BRAZIL CPF NUMBER:

## Address                                                                    Address List

**Mailing address**
**Name:**
**Effective Date:**        Feb 2018 - Present
**Street:**                P.O. Box 30054 Brookfield P.O., 181 Bay Street
**City:**                  Toronto              **State/Province:**   ONTARIO
**Country:**               CANADA               **Postal Code:**      M5J0A5
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:**
**Street:**
**City:**
**Country:**
**Colonia/Neighborhood**
**Home Phone Number:**  (N

## Employment                                                             Employment List

**Employment Status:**    Self Employed          **Occupation:**       CONSULTANT
**Name:**                 SELF
**Date:**                 May 2012 - Present
**Street:**               P.O. Box 30054 Brookfield P.O., 181 Bay Street
**City:**                 Toronto                **State/Province:**    ONTARIO
**Country:**              CANADA                 **Postal Code:**       M5J0A5
**Colonia/Neighborhood:**
**Phone Number:**
**Employment**
**Description:**

## Document                                                                 Document List

**Type:**                 Driver's License       **Document**
                                                 **Number:**

**Issue Date:**           13 Mar 2017            **Expiration Date:**   16 Jan 2021
**First Name:**           ALEX                   **Birth Date:**
**Middle Name:**
**Last Name:**            MARTINEZ
**Maternal Name:**
**Issue Country:**        CANADA
**City Name:**                                   **State/Province:**    QUEBEC
**Province Name:**                               **Visa Class Code:**
**Alien Number:**                                **Petition Date:**
**AIS Programs:**                                **Registry Group:**
**Proof of**              NO                      **Proof of**          NO
**Admissibility:**                               **Citizenship:**
**Proof of**              NO                      **Proof Country:**
**Residency:**
**Document Name:**
**Enhanced**              NO                      **Commercial**        NO
**Drivers License:**                             **Drivers License:**
**Hazmat:**               NO                      **MRZ Certification:** NO

**Type:**                 Citizenship Certificate  **Document**
                                                 **Number:**
**Issue Date:**           01 Jan 1980            **Expiration Date:**
**First Name:**           ALEX                   **Birth Date:**
**Middle Name:**          ILICH
**Last Name:**            MARTINEZ

| | | | | |
|---|---|---|---|---|
| **Maternal Name:** | | | | |
| **Issue Country:** | CANADA | | | |
| **City Name:** | | **State/Province:** | | |
| **Province Name:** | | **Visa Class Code:** | | |
| **Alien Number:** | | **Petition Date:** | | |
| **AIS Programs:** | | **Registry Group:** | | |
| **Proof of Admissibility:** | YES | **Proof of Citizenship:** | YES | |
| **Proof of Residency:** | NO | **Proof Country:** | CANADA | |
| **Document Name:** | | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO | |
| **Hazmat:** | NO | **MRZ Certification:** | NO | |

---

### Conveyance                                                    Conveyance List

---

### Request                                                         Request List

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Reapplication |
| **Request Date:** | 14 Dec 2019 | **Request Source:** | GOES ████ |
| **Request Reason:** | | **Request Status:** | Pending Risk Assessment Review |
| **Enrollment POE:** | NTC-P TTV | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Initial Enrollment |
| **Request Date:** | 13 Feb 2019 | **Request Source:** | GEO ████ |
| **Request Reason:** | | **Request Status:** | Denied |
| **Enrollment POE:** | BUFFALO, NY | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

---

### RFID                                                               RFID List

---

### Travel History                                                 Travel History

---

### APEC Card

---

### Comment

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| | | | OMBUDSMAN REVIEW: Denial sustained (b) (7)(E) |
| (b) (6), (b) (7)(C) | 2019-12-11 | Biographic | ████████████████ |



| (b) (6), (b) (7)(C) | 2019-11-15 | Biographic | (b) (7)(E) |
| | 2019-11-15 | Biographic | (b) (7)(E) |
| | | | Application denied. |
| | | | Applicant has been unemployed since 2012, claims to be working for free to uncover cross border corruption, claims this case is worth 2 billion dollars. (b) (7)(E) |
| (b) (6), (b) (7)(C) | 2019-11-12 | Biographic | |

## Attachment

| USER ID | ATTACHMENTS | FILE TYPE | ATTACHMENT TYPE | DESCRIPTION | DATE |
|---------|-------------|-----------|-----------------|-------------|------|
| (b) (6), (b) (7)(C) | United States Border Security Additional Documents Requested.pdf | application/pdf | Request | | 2019-11-15 |
| (b) (6), (b) (7)(C) | T-1781-19_Federal Court Served Filed Copy Alex Martinez v RCMP_CBSA.pdf | application/pdf | Request | | 2019-11-15 |
| (b) (6), (b) (7)(C) | MARTINEZ BRIEFING.pdf | application/pdf | Request | | 2019-11-12 |
| (b) (6), (b) (7)(C) | United States Border Security Affidavit and Documents.pdf | application/pdf | Request | | 2019-11-15 |
| (b) (6), (b) (7)(C) | Fax Complete Victims Benefits Fund (002).pdf | application/pdf | Request | | 2019-11-15 |

## CTTP Card

## Parent Information

Father First Name:
Father Last Name:

Mother First Name:
Mother Last Name:

## RAW                                                                    RAW List

| AIS Program: | NEXUS | Request Type: | Initial Enrollment |
| RAW Id: | | Application Sequence ID: | |



U.S. Customs and
Border Protection

# Official Trusted Traveler Program Website | Department of Homeland Security

**Time of Printout:** 2020-09-17 11:27 PM Eastern Daylight Time

🖶 Print



Sep 16, 2020

NTC-P TTV
–
Sterling, VA 20164
US

ALEX MARTINEZ
P.O. Box 30054 Brookfield P.O., 181 Bay Street
Toronto, ON M5J0A5
CA

RE: Your NEXUS Program Membership # ▮▮▮▮▮▮▮

Dear ALEX MARTINEZ:

Thank you for your application to the NEXUS program of U.S. Customs and Border Protection (CBP).

NEXUS is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for NEXUS participation may still be permitted to enter into the United States although they will not be permitted to use the NEXUS dedicated lanes.

We regret to inform you that your membership in NEXUS has been disapproved for the following reason(s):

Other
You do not meet the program eligibility requirements.

If you believe the decision was based upon **inaccurate or incomplete information,** you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

    1. Date of denial and denial reason(s) from this letter

USCBP000059

2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;
4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

In addition to this letter, you may receive an additional letter concerning your NEXUS application from Canada Border Services Agency.

CBP is committed to the fair, impartial and respectful treatment of all members of the trade and traveling public, and has memorialized its commitment to nondiscrimination in existing policies, including the February 2014 CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs.

Sincerely,


Supervisor, NEXUS Enrollment Center
U.S. Customs and Border Protection

USCBP000060

Document 17

 Print

NEXUS

Sep 20, 2020

ALEX MARTINEZ
P.O. Box 30054 Brookfield P.O., 181 Bay Street
Toronto, ON M5J0A5
CA

RE: Your NEXUS Program Membership # ███████

Dear ALEX MARTINEZ:

Thank you for your interest in the NEXUS program of U.S. Customs and Border Protection (CBP).

A review of your membership by the CBP Ombudsman has been completed. Based on the information you provided, it has been determined that no change is warranted at this time. Please be mindful that being denied from participating in the NEXUS program does not prohibit you from being able to travel.

If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP, please visit our website: http://www.cbp.gov/site-policy-notices/foia. Additional program information is available through the Trusted Traveler Program (TTP) application website: https://ttp.dhs.gov.

Sincerely,

Ombudsman
U.S. Customs and Border Protection

 LEP

USCBP000061