# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5229**  September Term, 2022

1:20-cv-02726-APM

Filed On: April 5, 2023

Alex Martinez,

      Appellant

   v.

United States Customs and Border Protection,

      Appellee

    **BEFORE:**    Pillard, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of appellant's dispositive motion, which is construed as a motion for summary reversal; and the motion for summary affirmance and the response thereto, it is

**ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Assuming without deciding that Customs and Border Protection's denials of appellant's applications to the NEXUS program are reviewable under the Administrative Procedure Act, see Campaign Legal Ctr. & Democracy 21 v. Fed. Election Comm'n, 952 F.3d 352, 356-57 (D.C. Cir. 2020); People for the Ethical Treatment of Animals v. U.S. Dep't of Agriculture, 797 F.3d 1087, 1097-98 (D.C. Cir. 2015), the district court properly granted summary judgment for Customs and Border Protection because the agency's decisions to deny appellant's applications were not arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, see 5 U.S.C. § 706(2); Motor Vehicle Mfrs. Ass'n of U.S., Inc. v. State Farm Mut. Auto. Ins. Co., 463 U.S. 29, 43 (1983); Stand Up for California! v. U.S. Dep't of Interior, 879 F.3d 1177, 1181 (D.C. Cir. 2018).

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5229**  **September Term, 2022**

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. R. 41.

**<u>Per Curiam</u>**